**Order entered December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01228-CV

**CLEAN ENERGY AND CLEAN ENERGY FUELS CORPORATION, Appellants**

**V.**

**TRILLIUM TRANSPORTATION FUELS, LLC AND TRILLIUM USA COMPANY, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10489**

## ORDER

Appellants have electronically filed their brief on the merits under seal "pursuant to [the] protective order entered September 26, 2018." However, the protective order is not in the clerk's record, and the copy of the protective order appellants have tendered to the Court in support is not signed. Accordingly, we **STRIKE** appellant's brief and **ORDER** appellants to file an unsealed brief no later than January 3, 2019. Alternatively, appellants may refile the sealed brief with a signed copy of the protective order by January 3rd.

/s/       DAVID EVANS
          JUSTICE